CORI R. SARNO, ESQ., SB No. 230559
   Email:  csarno@akk-law.com
KEVIN J. DEHOFF, ESQ., SB No. 252106
   Email:  kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF RED BLUFF


RAYMOND G. BALLISTER, JR., ESQ.
PHYL GRACE, ESQ.
ISABEL MASANQUE, ESQ.
   Email:  isabelm@potterhandy.com
CENTER FOR DISABILITY ACCESS
P.O. Box 262490
San Diego, CA  92196-2490
Telephone:  (858) 375-7385
Telecopier:  (888) 422-5191

Attorneys for Plaintiff RICHARD HAMMOND

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAMMOND, | Case No.: 2:14-cv-01136-TLN-CMK |
| Plaintiff, | |
| vs. | **JOINT REQUEST TO ENLARGE TIME IN THE COURT'S SCHEDULING ORDER; ORDER** |
| CITY OF RED BLUFF and Does 1-10, | |
| Defendants. | |

WHEREAS  the  parties  have  stipulated  to  elect  to  refer  this  action  to  the  Court's Voluntary Dispute Resolution Program (VDRP);

WHEREAS the deposition of the person most knowledgeable (pmk) at the City of Red Bluff regarding on-street public parking is scheduled for August 4, 2015;

-1-
JOINT REQUEST TO ENLARGE TIME IN THE COURT'S SCHEDULING ORDER; ORDER

1    WHEREAS pursuant to the Court's scheduling order (Dkt# 11), discovery is set to close

2    on August 7, 2015;

3    WHEREAS on October 8, 2015, the parties are required to disclose expert witnesses;

4    WHEREAS all dispositive motions shall be heard no later than February 11, 2016;

5    WHEREAS the parties wish to avoid the time and expense of the pmk deposition in light

6    of the stipulation to VDRP and possible settlement;

7    WHEREAS the parties also do not want to incur the time and expense of expert

8    discovery and dispositive motions should the case resolve at VDRP;

9    WHEREAS the parties believe that these circumstances establish "good cause" for a

10   minimal modification of the existing scheduling order;

11   WHEREAS no further modification of the scheduling order is being sought.

12   THE   PARTIES   THEREFORE,   BY   AND   THROUGH   THEIR   RESPECTIVE

13   ATTORNEYS OF RECORD, MAKE THE FOLLOWING STIPULATED REQUEST:

14   1.    Enlarge the time for non-expert discovery to be conducted to allow the person

15   most knowledgeable (pmk) at the City of Red Bluff regarding on-street public parking to occur

16   after VDRP if the case does not resolve;

17   2.    The expert discovery and dispositive motion deadlines outlined in the scheduling

18   order (Dkt # 11) shall be continued to a date after VDRP if the case does not resolve;

19   3.    All other dates in the scheduling order to remain unchanged unless the VDRP

20   referral continues into 2016.

21

22   Dated: July 24, 2015                    CENTER FOR DISABILITY ACCESS

23                                           */s/ Isabel Masanque [as authorized on 7/23/15*

24                                           By:_____

25                                               ISABEL MASANQUE
                                                 Attorney for Plaintiff,
26                                               RICHARD HAMMOND

27   ///

28   ///

Dated:  July 27, 2015                          ANGELO, KILDAY & KILDUFF, LLP

                                                      /s/ *Kevin J. Dehoff*
                                               By:_____
                                                   KEVIN DEHOFF
                                                   Attorney for Defendant,
                                                   CITY OF RED BLUFF


**ORDER**

IT IS SO ORDERED.


Dated:  July 27, 2015


                                               _____
                                               Troy L. Nunley
                                               United States District Judge

JOINT REQUEST TO ENLARGE TIME IN THE COURT'S SCHEDULING ORDER; ORDER