1   CORI R. SARNO, ESQ., SB No. 230559
       Email: csarno@akk-law.com
2   KEVIN J. DEHOFF, ESQ., SB No. 252106
       Email: kdehoff@akk-law.com
3   **ANGELO, KILDAY & KILDUFF, LLP**
    Attorneys at Law
4   601 University Avenue, Suite 150
5   Sacramento, CA  95825
    Telephone: (916) 564-6100
6   Telecopier: (916) 564-6263

7   Attorneys for Defendant CITY OF RED BLUFF

9   RAYMOND G. BALLISTER, JR., ESQ.
    PHYL GRACE, ESQ.
10  ISABEL MASANQUE, ESQ.
       Email: isabelm@potterhandy.com
11  CENTER FOR DISABILITY ACCESS
12  P.O. Box 262490
    San Diego, CA  92196-2490
13  Telephone: (858) 375-7385
    Telecopier: (888) 422-5191
14

15  Attorneys for Plaintiff RICHARD HAMMOND

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD HAMMOND, | Case No.: 2:14-cv-01136-TLN-CMK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |
| CITY OF RED BLUFF and Does 1-10, | |
| Defendants. | |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled

///

///

-1-
STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271

action to the Voluntary Dispute Resolution Program.

Dated: July 23, 2015                          CENTER FOR DISABILITY ACCESS

                                                          /s/ *Isabel Masanque* [as authorized on 7/23/15]
                                      By:_____
                                            ISABEL MASANQUE
                                            Attorney for Plaintiff,
                                            RICHARD HAMMOND

Dated: July 27, 2015                          ANGELO, KILDAY & KILDUFF, LLP

                                              /s/ *Kevin J. Dehoff*
                                        By:_____
                                            KEVIN DEHOFF
                                            Attorney for Defendant,
                                            CITY OF RED BLUFF

**ORDER**

      IT IS SO ORDERED.

Dated: July 27, 2015

                                              _____
                                              Troy L. Nunley
                                              United States District Judge